

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

Ronald Lee Brooks         52837-1

_(Enter above the full name of the plaintiff_   _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**          **CIVIL ACTION NO.** 2:12-0060
                   _(Number to be assigned by Court)_

John Walker
Josh Keyser

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I.   **Previous Lawsuits**

     A.   Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

          Yes _____      No __✓__

1

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2.  Court (if federal court, name the district; if state court, name the county);

    _____

    3.  Docket Number: _____

    4.  Name of judge to whom case was assigned:

    _____

    5.  Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    6.  Approximate date of filing lawsuit: _____

    7.  Approximate date of disposition: _____

II. Place of Present Confinement: St. Marys Correctional Center

    A. Is there a prisoner grievance procedure in this institution?

        Yes _____      No _____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes _____      No _____

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: _____

III. Parties

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: Ronald Lee Brooks 52837-1
        Address: St. Marys Correctional Center
        2880 North Pleasants Highway

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: John Walker

is employed as: Medical Administrator

at Logan General Hospital Logan W.V.

D. Additional defendants: Josh Keyser "nurse" at the Logan General Hospital 20 Hospital Drive Logan, W.V 25601

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

(1). On June 16, 2011 I the plaintiff was taken to the Logan General Hospital from the Southwestern Regional Jail cause I the plaintiff was having a heart attack. When the plaintiff arrived at the Emergency room of the Logan general hospital a nurse "Josh Keyser" a defendant in this civil action lawsuit was instructed to put an I.V. in the plaintiffs wrist. Josh Keyser

4

IV. **Statement of Claim (continued):**

put the I.V. in the wrist of the plaintiff and it was put in wrong and it caused severe damage to the plaintiffs (Right Arm) that a surgery had to be performed on the right arm and now the plaintiff carries a scar approx 15 inches on the inner forearm of the right arm. The unknowledge of the proper way of how a I.V. should have been put in the arm caused the plaintiff to have to carry the scar for the rest of his life.

V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The plaintiff ask the courts to rule in the favor of the plaintiff for the sum of one million dollars for suffering and also being scarred for the rest of the plaintiffs life due to malpractice of medical services which he was the defendant was suppose to have been trained for by a college to perform the treatment of placing an I.V. into a patients arm. Also that the defendant

V.     Relief (continued)):

Josh Keyser be ordered to pay all court cost and fees pertaining to this pending lawsuit.

VII.     Counsel

    A.     If someone other than a lawyer is assisting you in preparing this case, state the person's name:

Kenneth Nickoson 33158-3 Inmate at same address as the plaintiff.

    B.     Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

    Yes _____      No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

If not, state your reasons: No available contact is offered inside a correctional institution

    C.     Have you previously had a lawyer representing you in a civil action in this court?

    Yes _____      No ✓

6

If so, state the lawyer's name and address:

_____

_____

Signed this __9__ day of __JANUARY__, 20_12_.

_____Ronald Lee Brooks_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __January 9, 2012__.
(Date)

_____Ronald Lee Brooks_____
Signature of Movant/Plaintiff


_____
Signature of Attorney
(if any)

7